IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY JAMGOTCHIAN and ERIC REED<br><br>Plaintiffs,<br><br>v.<br><br>STATE HORSE RACING COMMISSION; THOMAS CHUCKAS, JR., in his official capacity as Bureau Director, Thoroughbred Racing; RUSSELL C. REDDING, in his official capacity as Chairman, State (Pennsylvania) Horse Racing Commission; and SALVATORE M. DeBUNDA, RUSSELL B. JONES, JR., DR. CORRINE SWEENEY, THOMAS JAY ELLIS, C. EDWARD ROGERS, JR., MICHELE C. RUDDY, DR. JOHN EGLOFF, ROBERT F. LARK, and DARRYL BRENISER, in their official capacities as Commissioners, State (Pennsylvania) Horse Racing Commission,<br><br>Defendants. | 1:16-cv-2035<br><br>Hon. John E. Jones III |

## ORDER

**August 29, 2017**

Presently before this Court are cross Motions for Summary Judgment (Docs. 18, 20). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Summary Judgment (Doc. 20) is **DENIED**.

2. Defendants' Motion for Summary Judgment (Doc. 18) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

       /s John E. Jones III
John E. Jones III
United States District Judge